UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>        Plaintiff,<br><br>   v.<br><br>F.B.I, et al.,<br><br>        Defendants. | No. 2:24-cv-1038-KJM-DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Presently before the court is plaintiff's request for help to file the case due to non-compliance with in forma pauperis applications. (ECF No. 4) Plaintiff asks the court to grant in forma pauperis status as the jail is not properly filing his cases. Plaintiff also mentions other allegations such as, he is facing force, threats and intimidation leading to a "Brady Violation", destruction of "First Amendment Retaliation Excessive Force Tazing Video Recording" and fears for his life, among other concerns. (ECF No. 4.) There are no facts alleged or evidence submitted to the court in support of these allegations.

Other than the request for in forma pauperis status, it is difficult to determine if plaintiff's request for help is asking for any other form of relief. To the extent that plaintiff may be asking for miscellaneous relief, that request is denied without prejudice.

////

1

1    Plaintiff's request for help is best construed as a motion to proceed in forma pauperis.
2 (ECF No. 4.)  For the reasons set forth below the court will deny plaintiff's motion without
3 prejudice.

## IN FORMA PAUPERIS

By order dated April 16, 2024 plaintiff was directed to submit within thirty days the $350.00 filing fee plus the $55.00 administrative fee or a properly completed application to proceed in forma pauperis.  (ECF No. 3.)  Plaintiff was warned that failure to comply with the court's order could result in a recommendation that this action be dismissed.  Plaintiff has not submitted the filing fee or an application to proceed in forma pauperis.  Instead plaintiff has filed a request for help to file the case.  (ECF No. 4.)   Plaintiff asserts he needs help as the jail has "a policy denying all applications to proceed 'In Forma Pauperis.'"  (ECF No. 3 at 1.)  To support this assertion plaintiff states that none of the cases he has in federal court were to be found in compliance.  (Id.)  Plaintiff finally asks for the court to grant IFP in this case.  (Id. at 2.)

The court has provided plaintiff an IFP application form that should be used by plaintiff to request to proceed IFP by this court.  (ECF No. 3.)  Plaintiff is reminded that the form is comparable the forms he has submitted in other pending actions before this court.  See Bennett v. Monroe Detention Center et al., 2:22-cv-02157 ECF No. 30.

The court will grant plaintiff an additional thirty days to either pay the fee or file a properly completed application.  Plaintiff is advised that failure to comply with this order will result in a recommendation that this action be dismissed.

## CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order plaintiff shall either pay the filing fee or submit an application to proceed in forma pauperis.

2. Failure to either pay the filing fee or submit an application to proceed in forma pauperis will result in a recommendation that this action be dismissed.

////

////

2

1   IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 4) be denied.

2   Dated: April 24, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:16
DB: /Prisoner/Civil.Rights/benn1038.ifp