UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | No. 2:24-cv-1038 KJM SCR P<br><br><br><br>ORDER |

Plaintiff, in Yolo County pretrial custody and proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2025, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) are adopted in full;

2. Plaintiff's motion for a preliminary injunction (ECF Nos. 10) is denied;

3. Plaintiff's motions to appoint a guardian ad litem (ECF No.'s 12, 14) are denied; and

4. This matter is referred back to the assigned magistrate judge for all pretrial purposes.

DATED: July 9, 2025.

UNITED STATES DISTRICT JUDGE