UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BENNETT,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIATION, et al.,

Defendants.

No. 2:24-cv-1038-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT

(Doc. No. 23)

Plaintiff, a county jail inmate proceeding *pro se* and *in forma pauperis*, filed this civil rights action on April 8, 2024, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On July 11, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim for relief and failure to comply with the court's June 3, 2025 order that he file an amended complaint within thirty (30) days of that order. (Doc. No. 23.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service. (*Id.* at 2.) On June 23, 2025 plaintiff filed what he characterized as objections but in which he requested an extension of time to file an amended complaint. (Doc. No. 25.) On August 21, 2025, the

magistrate judge issued an order granting plaintiff the requested thirty (30) day extension of time to file an amended complaint. (Doc. No. 26.) However, the extended deadline passed and plaintiff did not file an amended complaint as ordered nor has he filed any substantive objections to the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the July 11, 2025 findings and recommendations to be supported by the record and by proper analysis.[1]

Accordingly:

1. The July 11, 2025 findings and recommendations (Doc. No. 23) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to state a cognizable claim and failure to comply with a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 4, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court apologizes for the delay in the issuance of this order. On January 15, 2026, this case was reassigned to the undersigned when the previously assigned district judge retired. The undersigned just recently discovered that the July 11, 2025 findings and recommendations were pending.